R. I. PERKINS HORSE SHOE CO.

*vs.*

JAMES H. DWYER *et al.*

Miscellaneous Petitions, No. 2402.

JURISDICTION OF LICENSE COMMISSIONERS TO GRANT LIQUOR LICENSE; GEN. LAWS CAP. 102, § 2.

RESCRIPT.

*Filed May 28, 1896.*

The testimony shows that the petitioners are the owners and occupants of a greater part of the land situated within two hundred feet of the building for the sale in which of pure, spirituous, intoxicating and malt liquors, application for a license was made; and the record shows that a remonstrance signed by the petitioners was presented to the re-

spondents, who are the Board of License Commissioners, before the granting of the license. They therefore had no jurisdiction to grant the license. General Laws, R. I. cap. 102, § 2.

An order may be entered to quash the proceeding.

*Edwards & Angell*, for petitioner.

*Charles E. Gorman*, for respondents.